

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00620-CV

In the Interest of A. V. and I. V., minor children

On appeal from the
County Court at Law No. 5 of Nueces County, Texas
Trial Cause No. 2013-FAM-62029-5

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates and dismisses the trial court's judgment of November 3, 2014, in part, and affirms in part. The Court orders the judgment VACATED and DISMISSED IN PART and AFFIRMED IN PART. Costs of the appeal are adjudged against the appellee.

We further order this decision certified below for observance.

April 30, 2015.